IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DALE ROBERSON,<br><br>                Defendant. | 4:20CR3078<br><br>ORDER |

For the reasons stated in General Orders 2020-14, 2020-15 and 2020-16, regarding continuances due to Novel Coronavirus and COVID-19 Disease,

IT IS ORDERED that:

(1) The trial of this matter is continued until further order of the court.

(2) This matter is referred to Magistrate Judge Zwart for rescheduling trial.

(3) The ends of justice and public health considerations served by continuing the trial outweigh the interests of the public and the defendant in a speedy trial, and the time between December 16, 2020 and the new trial date, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and to protect the public, court, parties, and counsel from illness. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

(4) The Clerk of Court shall provide a copy of this order to Magistrate Judge Zwart.

December 16, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge