IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | **4:20CR3078** |
| vs. | |
| DALE ROBERSON, | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY |
| Defendant. | |

Defendant, together with counsel and in the presence of counsel for government, appeared before the undersigned magistrate judge to tender a plea of guilty. Defendant was advised of the right to appear before a United States District Judge, and agreed to enter a guilty plea before a magistrate judge.

After being sworn, Defendant was advised of the charges and possible penalties, and was orally examined in open court as required by Federal Rule of Criminal Procedure 11. Defendant was also given the advice required by that Rule. Finally, Defendant was given an opportunity to address the court, and ask questions.

Counsel for the government and counsel for Defendant were given the opportunity to suggest additional questions by the court. Moreover, both counsel orally certified that they believed the plea was knowing, intelligent and voluntary, and that there was a factual basis for the plea.

Having questioned Defendant and considered the Defendant's responses, the undersigned magistrate judge finds and concludes that (1) the plea is knowing, intelligent, and voluntary; (2) there is a factual basis for the plea; (3) the parties and the court have complied with the provisions of Rule 11 and any other

provisions of the law governing the submission of guilty pleas; (4) a petition to enter a plea of guilty, on a form approved by the court, was completed by the defendant, defendant's counsel and counsel for the government, accompanied the defendant's plea, and was placed in the court file; (5) a written plea agreement between the defendant and the government was filed of record; and (6) there are no agreements or stipulations other than as contained in the written plea agreement.

IT IS RECOMMENDED to the Honorable Richard G. Kopf, Senior United States District Judge, that after de novo review, the court accept the guilty plea and find the defendant guilty of the crime(s) to which the defendant tendered a guilty plea; and that the court not accept the plea agreement at this time, but consider the Rule 11(c)(1)(C) agreement at sentencing.

The court finds that in the interest of obtaining a just, efficient, and expeditious resolution of this case, the deadline for objecting to the findings and recommendation herein should be shortened.  (See NEGenR 1.1(c)).  Therefore, if any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier, or they may be deemed to have waived the right to object to adoption of the findings and recommendation.

February 11, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge